UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| GLENN & DARCIE KANAGA, | : | CASE NO. 1:23-cv-01882 |
| Plaintiff, | : | ORDER |
| v. | : |  |
| MONSANTO COMPANY | : |  |
| Defendant. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On September 27, 2023, Plaintiffs Glenn and Darcie Kanaga sued Defendant Monsanto Company (Monsanto) in the Northern District of Ohio.[1] Plaintiffs allege injury from Glenn Kanaga's exposure to Defendant Monsanto's Roundup products.[2] In their filing, Plaintiffs indicated that their case may be related to Multidistrict Litigation ("MDL") No. 2741, sited in the Northern District of California.[3]

On October 27, 2023, the Judicial Panel on Multidistrict Litigation "(JPML" or "Panel") transferred this case to the Northern District of California—the transferee court--for consolidated pretrial proceedings for MDL No. 2471.[4]

On May 10, 2024, Plaintiffs moved for the Northern District of California to suggest this case be remanded back to this Court—the transferor Court.[5] With that motion, Plaintiffs explained that MDL No. 2471's Independent Settlement Master had deemed Plaintiffs' claim ineligible for MDL No. 2471's settlement program: MDL No. 2471 dealt with Non-

---

[1] Doc. 1.
[2] *Id.*, ¶10.
[3] *Id.*, PageID #: 5.
[4] Doc. 3. *See* 28 U.S.C. § 1407.
[5] *See In re: Roundup Prod. Liab. Litig.*, Case No. 3:16-md-2741, Doc. 18352 (J.P.M.L. 2016).

Case No. 1:23-cv-01882
GWIN, J.

Hodgkin's Lymphoma, whereas Plaintiff Kanaga was diagnosed with Hodgkin's' Disease. Defendant Monsanto did not oppose the Plaintiffs' motion for suggestion of remand back to the Northern District of Ohio.[6]

On July 1, 2024, the Northern District of California granted Plaintiffs' motion for a suggestion of remand.[7] Neither party opposed remand. The Panel issued the Conditional Remand Order, which was filed on this Court's docket on July 17, 2024.[8]

There has been little progression in this case since Plaintiffs filed their complaint in September 2023. And, although Plaintiffs used the MDL's short-form complaint, the Northern District of California noted that "[P]laintiff's non-NHL diagnosis means there is little to be gained from adjudicating his case in [MDL 2471]."

The Court therefore **ORDERS** Plaintiffs to file any amended pleadings within **thirty (30) days** of this Order. The Court **ORDERS** Defendant Monsanto to respond no later than **thirty (30) days** after any amended pleading is filed.

IT IS SO ORDERED.

Dated: July 18, 2024

                                                                 s/ *James S. Gwin*
                                                                 JAMES S. GWIN
                                                                 UNITED STATES DISTRICT JUDGE

---

[6] *See In re: Roundup Prod. Liab. Litig.*, Case No. 3:16-md-2741, Doc. 18460 (J.P.M.L. 2016).
[7] *See In re: Roundup Prod. Liab. Litig.*, Case No. 3:16-md-2741, Doc. 18737 (J.P.M.L. 2016).
[8] Doc. 6, PageID #: 18.